IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

TAMMY SPARKS                                                                                          PLAINTIFF

V.                              CASE NO. 1:13CV00035 JTK

CAROLYN W. COLVIN, Acting Commissioner,
Social Security Administration                                                                  DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, it is CONSIDERED, ORDERED and ADJUDGED that judgment be entered for the Plaintiff, reversing the decision of the Commissioner and remanding this case for further evaluation consistent with the findings of the Court.

SO ADJUDGED this 22nd day of August, 2014.

_____
UNITED STATES MAGISTRATE JUDGE